UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                 08 CR 741 (BSJ)

       -against-

                                                                                **NOTICE OF APPEARANCE**

SEAN MAGUIRE,

                          Defendant.
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

       Enter my appearance as counsel in this case for defendant, Sean Maguire.

       I certify that I am admitted to practice in this court.

Dated: New York, New York
       September 2, 2008

                                              MICHAEL G. DOWD (MD8317)
                                              Attorney for Defendant
                                              112 Madison Avenue, 3rd Floor
                                              New York, NY 10016
                                              (212) 751-1640