*Law Offices of*
*Michael G. Dowd*

MICHAEL G. DOWD
TERRENCE M. RANDELL

NIALL MACGIOLLABHUÍ*
*ADMITTED AS SOLICITOR,
REPUBLIC OF IRELAND

112 MADISON AVENUE - THIRD FLOOR
NEW YORK, NEW YORK 10016-7416
TELEPHONE (212) 751-1640 FAX (212) 398-2693
EMAIL: mdnita@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

September 4, 2008

**VIA HAND DELIVERY**

Honorable Barbara S. Jones
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse, Room 620
500 Pearl Street
New York, NY 10007-1312

              Re: **United States v. Maguire**
                  **08 CR 741**

Dear Judge Jones:

      I am writing with the consent of the Assistant United States Attorney, Kenneth A. Polite, Jr., to request an extension of the bail conditions to permit the defendant to attend a retreat with his children in Stroudsburg, Pennsylvania.

      I request that Sean Maguire be permitted to travel with his children leaving Friday, September 12, 2008 at 3:00 p.m. and returning on Sunday, September 14, 2008 early afternoon to the Trout Lake Retreat Center, 1100 Twin Lakes Road, Stroudsburg, PA 18360.

                                        Respectfully,

                                        Michael G. Dowd

/jr
cc: AUSA Kenneth A. Polite, Jr.

*Application is granted.*
*So ordered.*
*Barbara S. Jones*
*USDJ*
*9/4/08*